# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Nathan Paul Severson,                                    Civil No. 14-cv-4500 (MJD/TNL)

    Plaintiff,

v.                                                        **ORDER**

Michael J. Colich,

    Defendant.

---

Nathan Paul Severson, #16512-041, FCI Milan, Post Office Box 1000, Milan, MI 48160 (Plaintiff, pro-se).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 29, 2014 [Docket No. 4], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Plaintiff Nathan Paul Severson's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED AS MOOT.**

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: February 23, 2015                        s/Michael J. Davis
                                                              The Honorable Michael J. Davis
                                                              Chief United States District Court Judge
                                                              for the District of Minnesota